

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00213-CV

**JAMES ARTHUR COOK, II, MIA NICHOLE
COOK, KRISTAL ALBERTA COOK, GREGORY
COOK, CHRISTOPHER CHARLES COOK AND
JAMES ARTHUR COOK, JR.,**

                                          **Appellants**

 **v.**

**BETTY LEWIS AND THE ESTATE OF JAMES
ARTHUR COOK, DECEASED,**

                                          **Appellees**

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 2011-0494-PR1

## MEMORANDUM OPINION

Appellants have filed a "Motion to Withdraw Notice of Appeal." We construe Appellants' motion as a motion to voluntarily dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 2, 2017
[CV06]

